IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **No. 20-253** |
| **TETI AMUN RA-BEY** | : | |
| | : | |

**ORDER**

This 31st day of August, 2020, the Clerk of Court is directed to remand this action to the Philadelphia Court of Common Pleas forthwith.

                                          /s/ Gerald Austin McHugh
                                          United States District Judge